IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| HERIBERTO NAVARRO JR. and<br>JUAN ADRIAN GUZMAN,<br>    *Plaintiff(s)*<br><br>vs.<br><br>OMAR OLVERA GUTIERREZ and<br>BAJA FREIGHT LTD.,<br>    *Defendant(s)* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 5:23-cv-00130 |

## DEFENDANTS OMAR OLVERA GUTIERREZ AND
## BAJA FREIGHT LTD.'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendants, Omar Olvera Gutierrez ("Gutierrez") and Baja Freight Ltd. ("Baja Freight"), by and through their counsel, filing their Original Answer to Plaintiffs' Original Petition, and in support show as follows:

1.0    **Discovery Control Plan:** Paragraph 1 of Plaintiff's Original Petition contains no factual assertions. In that regard, Defendants cannot admit or deny any factual assertions in Paragraph 1 of Plaintiff's Original Petition.

2.0    **Parties:** Defendants are without knowledge sufficient to admit or deny the statements made in paragraph 2.0 with regard to Plaintiffs' residence, but Defendants have no current information contradicting Plaintiffs' claim of residence in Zapata, Zapata County, Texas.

2.1    **Parties:** Defendants admit that Omar Olvera Gutierrez is a non-resident of the State of Texas.

2.1    **Parties:** Defendants admit that Baja Freight is a corporation with its principal place of business located in Indiana.

1

3.0    **Venue:**  Paragraph 3.0 of Plaintiff's Original Petition contains no factual assertions.  In that regard, Defendants cannot admit or deny any factual assertions in paragraph 3.0 of Plaintiff's Original Petition.

4.0    **Classification:** Defendants admit the accident at issue, in this case, occurred in Webb County. Defendants deny the remaining allegations in paragraph 4.0 of Plaintiff's Original Petition.

5.0    **Facts:** Defendants admit that Plaintiff Heriberto Navarro was operating a 2019 White Ford F250 traveling on FM 1472 in Webb County, on or about October 3, 2022.

5.1    **Facts:**  Defendants admit to the allegation in paragraph 5.1 that Juan Adrian Guzman was a passenger in Heriberto Navarro's vehicle.

5.2.    **Facts:** Defendants admit to the allegation in paragraph 5.2 that Omar Olvera Gutierrez was traveling on State Highway 255.

5.3.    **Facts:** Defendants deny the allegations in paragraph 5.3 of Plaintiffs' Original Petition.

5.4.    **Facts:** Defendants deny the allegations in paragraph 5.4 of Plaintiffs' Original Petition.

6.0.    **Negligence:**  Defendants deny the allegations in paragraph 6.0, including its subparts, of Plaintiff's Original Petition.

6.1.    **Negligence:** Defendants deny the allegations in paragraph 6.1 of Plaintiffs' Original Petition.

6.2.    **Negligence:**  Defendants deny the allegations in paragraph 6.2 of Plaintiffs' Original Petition.

7.0    **Damages:**    Defendants deny the allegations in paragraph 7.0 of Plaintiffs' Original Petition.

7.1    **Damages:**    Defendants deny the allegations in paragraph 7.1 of Plaintiffs' Original Petition.

7.2    **Damages:**    Defendants deny the allegations in paragraph 7.2 of Plaintiffs' Original Petition.

7.3    **Damages:**    Defendants deny the allegations in paragraph 7.3 of Plaintiffs' Original Petition.

7.4    **Damages:**    Defendants deny the allegations in paragraph 7.4 of Plaintiffs' Original Petition.

8.0    **Damages:**    Defendants deny the allegations in paragraph 8.0 of Plaintiffs' Original Petition.

8.1    **Damages:**    Defendants deny the allegations in paragraph 8.1 of Plaintiffs' Original Petition.

8.2    **Damages:**    Defendants deny the allegations in paragraph 8.2 of Plaintiffs' Original Petition.

8.3    **Damages:**    Defendants deny the allegations in paragraph 8.3 of Plaintiffs' Original Petition.

9.0    **Respondeat Superior:**    Defendants admit that Omar Olvera Gutierrez was an employee of Baja Freight at the time of the accident. Defendants deny the remaining allegations contained in paragraph 9.0 of Plaintiffs' Original Petition.

10.0.  **Judgment Interest:**  Paragraph 10.0 of Plaintiff's Original Petition contains no factual assertions.  In that regard, Defendants cannot admit or deny any factual assertions in paragraph 10.0 of Plaintiff's Original Petition.

10.1.  **Plaintiff's Damages:**  Defendants deny the allegations in paragraph 10.1 of Plaintiff's Original Petition.

<u>**Affirmative Defenses**</u>

11.0  **Contributory Negligence:** Answering further, if same be necessary, and pleading in the alternative, Defendants further affirmatively allege that Plaintiffs' claims are barred, in whole or in part, due to the contributory negligence of Plaintiffs, in that Plaintiffs failed to exercise ordinary care, caution and prudence to avoid the incident and injuries at issue. Plaintiffs' own acts and omissions proximately caused the injuries and damages which are alleged in Plaintiffs' Original Petition.

<u>**PRAYER**</u>

Defendants Omar Olvera Gutierrez and Baja Freight Ltd. deny each and every allegation or prayer for relief not specifically addressed above.  Defendants Omar Olvera Gutierrez and Baja Freight Ltd. respectfully pray that Plaintiffs take nothing by their cause of action, that Defendants recover its costs incurred, and for such other and further relief, both at law and in equity, to which Defendants Omar Olvera Gutierrez and Baja Freight Ltd. may show itself justly entitled.

Respectfully submitted,

David L. Ortega
Attorney-In-Charge
State Bar No. 00791377

4

Southern District of Texas Bar No. 21553
Telephone:  210-731-6353
Facsimile:  210-785-2953
Email:  dortega@namanhowell.com
Stephen D. Navarro
State Bar No. 00792712
Southern District of Texas Bar No. 281173
Telephone: 210-731-6351
Facsimile: 210-785-2951
Email:  snavarro@namanhowell.com
Naman, Howell, Smith & Lee, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
**ATTORNEYS FOR DEFENDANTS
BAJA FREIGHT LTD. AND
OMAR OLVERA GUTIERREZ**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent on this 17th day of January 2024, to the following pursuant to the Federal Rules of Civil Procedure:

Tony Gonzalez
Gonzalez and Associates, P.C.
269 N. Ceylon Street
Eagle Pass, Texas 78852
*Attorney for Plaintiffs*

DAVID L. ORTEGA