United States District Court
Southern District of Texas
**ENTERED**
November 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **HERIBERTO NAVARRO, JR. AND JUAN ADRIAN GUZMAN,** | § § § § § | |
| **Plaintiffs,** | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-00130 |
| **OMAR OLVERA GUTIERREZ AND BAJA FREIGHT, LTD.,** | § § § § | |
| **Defendants.** | | |

## ORDER

Before the Court is the Second Amended Agreed Stipulation of Dismissal. (Dkt. No. 49). The stipulation provides that Plaintiffs Heriberto Navarro, Jr. and Juan Adrian Guzman dismiss their claims against Defendants Omar Olvera Gutierrez and Baja Freight, Ltd. with prejudice. (*Id.*).

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *Id.* Here, the Stipulation states that Plaintiffs dismiss their claims with prejudice against Defendants Omar Olvera Gutierrez and Baja Freight, Ltd. (Dkt. No. 49 at 1).

Because the stipulation is signed by counsel for all parties in this case, Plaintiffs' claims against Defendants Omar Olvera Gutierrez and Baja Freight, Ltd. were **DISMISSED WITH PREJUDICE** effective upon the filing of the Stipulation of Dismissal. (Dkt. No. 49). *See Odle v. Flores*, 899 F.3d 344, 353–55 (5th Cir. 2017) ("[S]tipulated dismissals under Rule 41(a)(1)(A) . . . become effective immediately without further court order.").

The Clerk is hereby **DIRECTED** to terminate the case.

It is so **ORDERED**.

**SIGNED** on November 5, 2024.

John A. Kazen
United States District Judge